DAVID G. GEORGE, Appellant, *v.* TIME, INCORPORATED, Respondent.

Argued December 8, 1941; decided January 8, 1942.

*S. John Block* for appellant.

*Bruce Bromley, John F. Harding* and *William E. Speeler* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.